**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY RUSSELL JR. BARTLETT (1),<br>CHELSEA TAYLOR (2),<br>GEOVANI VENEGAS VERA (3), and<br>GABRIEL VALDERAMA CANO (4)<br><br>Defendants. | Case No.: 24cr2674-CAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Certain Aliens and Aiding and Abetting (Felony); Title 8, U.S.C., Sec. 1326; - Removed Alien Found in the United States (Felony); Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain (Felony) and Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about November 24, 2024, within the Southern District of California, defendants, GARY RUSSELL BARTLETT, Jr., CHELSEA TAYLOR, and GEOVANI VENEGAS VERA, knowing and in reckless disregard of the fact that an alien, namely, Bulmaro Vasquez Lopez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

KTM:vr:12/19/2024

Count 2

On or about November 24, 2024, within the Southern District of California, defendant GABRIEL VALDERAMA CANO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to February 5, 2009.

Count 3

On or about November 24, 2024, within the Southern District of California, defendant GEOVANI VENEGAS VERA, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

Count 4

On or about November 24, 2024, within the Southern District of California, defendant, GEOVANI VENEGAS VERA, with the intent to violate the immigration laws of the United States, knowing and in reckless

disregard of the fact that an alien, namely, Bulmaro Vasquez Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: 12/19/2024.

TARA K. McGRATH
United States Attorney

Kristin Mihelic

KRISTIN MIHELIC
Special Assistant U.S. Attorney